IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| *In Re Sapp Bros. Inc. Data Privacy Litigation* | Lead Case:<br><br>  4:25-cv-3222<br><br>Member Cases:<br><br>  4:25-cv-3224<br><br>  8:25-cv-646 |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE CO-LEAD CLASS COUNSEL

THIS MATTER comes before the Court on the Unopposed Motion to Withdraw and Substitute Co-Lead Class Counsel (the "Motion"), filed by Andrew J. Shamis of Shamis & Gentile, P.A. The Court, having reviewed the Motion and being fully advised in the premises, finds that the Motion should be granted.

The Court finds that Leanna A. Loginov satisfies the criteria set forth in Federal Rule of Civil Procedure 23(g)(1) for appointment as class counsel. Specifically, the Court finds that Ms. Loginov has been actively involved in identifying and investigating potential claims in this action; has extensive experience in handling class actions, complex litigation, and data breach claims; possesses knowledge of the applicable law; and has the resources necessary to commit to representing the class. Counsel for Defendant does not oppose the relief sought in the Motion, and Co-Lead Counsel Gary Klinger and Jeff Ostrow support the Motion.

**IT IS ORDERED** that:

1.    The Motion is GRANTED. (Filing No. 19 in 4:25cv3222; Filing No. 15 in 4:25cv3224; Filing No. 17 in 8:25cv646).

2.    Andrew J. Shamis of Shamis & Gentile, P.A. is hereby withdrawn as

1

Interim Co-Lead Class Counsel and Counsel of Record. He shall no longer receive electronic notice in this case.

3.     Leanna A. Loginov of Shamis & Gentile, P.A. is hereby appointed to serve as Interim Co-Lead Class Counsel in place of Andrew J. Shamis.

4.     Ms. Loginov shall be bound by and comply with all duties and obligations applicable to Interim Co-Lead Class Counsel as set forth in this Court's Order dated February 9, 2026 (Filing No. 18 in the Lead Case, 4:25cv3222).

5.     The other Interim Co-Lead Class Counsel previously appointed by this Court— Jeff Ostrow of Kopelowitz Ostrow, P.A., and Gary Klinger of Milberg PLLC— shall remain in their current roles.

6.     This substitution shall have no effect on any deadlines or scheduling orders in this case.

Dated this 4th day of March, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge

2